UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 19-18887
Betty Thigpen-Johnson  )
 )  Chapter: 13
 )  Honorable David D. Cleary
 )
 )
Debtor(s)  )

## ORDER PERMITTING THE REFINANCING OF PROPERTY

Having read the motion for permission to refinance real estate, heard the arguments of counsel, and found that due notice has been provided, the Court hereby orders as follows:

IT IS HEREBY ORDERED:

1. The Debtor is authorized to obtain additional credit in the approximate amount of $103,600.00 at an interest rate of 2.625%, with a monthly payment of $946.00, of which the principal and interest is $696.91, the mortgage insurance is $15.00 and the estimated taxes and insurance is $234.00, for a term of 15 years, for the purpose of refinancing the property commonly known as 10134 S Emerald Ave, Chicago, IL 60628;

2. That the mortgage lien of Citizens Bank NA f/k/a RBS Citizens NA shall be paid in full at the time of refinance pursuant to a properly obtained and updated payoff from Citizens Bank NA f/k/a RBS Citizens NA;

3. That the proceeds of the refinance shall be disbursed to Citizens Bank NA f/k/a RBS Citizens NA prior to any other distribution of funds;

4. That the mortgage lien of Citizens Bank NA f/k/a RBS Citizens NA shall attach to the proceeds of the refinance and that Citizens Bank NA f/k/a Citizens NA shall not be required to release its lien until the mortgage lien is paid in full; and

5. That the refinance shall complete no later than August 31, 2021.

Enter:

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: August 20, 2021

**Prepared by:**

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625